McGREGOR W. SCOTT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: <br><br> THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, 1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CALIFORNIA 94043 IN RELATION TO AN INVESTIGATION OF Gilman Road, north of Lake Shasta in Shasta County, California | CASE NOS.  3:20-SW-00002-DMC <br>       3:20-SW-00003-DMC <br>       3:20-SW-00004-DMC <br><br> ORDER COMMANDING GOOGLE NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANTS <br><br> **UNDER SEAL** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that

the Court issue an order commanding Google, an electronic communication service provider and/or a

remote computing service, not to notify any person (including the subscribers and customers of the

account(s) listed or described in the warrants) of the existence of the attached warrants for 180 days

from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of

the attached warrants will seriously jeopardize the investigation, including by giving targets an

opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns

of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See*

18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google shall not

disclose the existence of the attached warrants, or this Order of the Court, to the listed subscriber or to

[PROPOSED] ORDER

1

1    any other person, for a period of 180 days from the date of this Order, except that Google may disclose

2    the attached warrants to an attorney for Google for the purpose of receiving legal advice.

3        IT IS FURTHER ORDERED that the application and this Order are sealed until

4    otherwise ordered by the Court.

5

6

7    Dated:    *1-21-2020*

8                    Hon. Dennis M. Cota
                   U.S. MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER            2