1  MCGREGOR W. SCOTT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE APPLICATION | CASE NO. 3:20-SW-00004-DMC
   | OF THE UNITED STATES OF AMERICA  |
12 | FOR THE SEARCH OF:                | ORDER UNSEALING SEARCH WARRANT
   | Initial Search Parameters: Location 3 | AND SEARCH WARRANT APPLICATION
13 | Target Time: November 18, 2019 at 10:00 p.m. (Pacific
   | Standard Time) through November 19, 2019 at 2:00 a.m.
14 | (Pacific Standard Time); Target Location: Gilman Road,
   | north of Lake Shasta, California, within the geographic
15 | box defined by the following four latitudinal and
   | longitudinal coordinates:
16 | •   South West Corner: 40.865932, -122.279319
   | •   North West Corner: 40.931683, -122.279319
17 | •   North East Corner: 40.931683, -122.203317
   | •   South East Corner: 40.865932, -122.203317
18

19

20     Upon application by the United States of America and good cause having been shown, IT IS

21 HEREBY ORDERED that the search warrant, search warrant application, and related filings in the

22 above captioned matter shall be, and are, unsealed.

23 Dated: December 21, 2020

                                            _____
                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE
24

[PROPOSED] ORDER UNSEALING SEARCH WARRANT          1
PACKAGE